UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA – WEST PALM BEACH DIVISION
CASE NO. 9:22-CV-80145-DMM

TALAVERA ASSOCIATION, INC.,

        Plaintiff,

v.

ROBERT GIBSON, et al.,

        Defendant(s).
_____/.

## PLAINTIFF'S, TALAVERA ASSOCIATION, INC.'S, NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Plaintiff, TALAVERA ASSOCIATION, INC., through undersigned counsel, appears in the above styled proceedings and requests that all parties serve upon and provide notice to undersigned counsel, on behalf of Plaintiff, of any and all pleadings, motions, objections, hearings, orders, notices, applications, responses, plans, statements, schedules and any and all other papers, documents and materials that are filed with the Court and that are required to be served regarding the instant case as required by law.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by email, if indicated, or, otherwise, by regular U.S. mail this 1st day of February, 2022 upon:

Jeffrey M. Siskind, Esq.
Siskind Legal, PLLC
3465 Santa Barbara Dr.
Wellington, FL 33414
jeffsiskind@msn.com
jeffsiskind@gmail.com

Robert Gibson
1709 22nd Avenue North
Lake Worth, FL 33460
intelexigent@gmail.com

TALAVERA ASSOCIATION, INC.,
v. ROBERT GIBSON, et al.,
CASE NO. 9:22-CV-80145-DMM
PLAINTIFF'S, TALAVERA ASSOCIATION, INC.'S, NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
Page 2 of 2

Carl Stone
628 Edgebrook Lane
West Palm Beach, FL 33411

3485 Lago De Talavera Trust
c/o David Fiore
628 Edgebrook Lane
West Palm Beach, FL 33411

David Fiore individually and as Successor Trustee and as Assignee for Dianna Carl Stone
628 Edgebrook Lane
West Palm Beach, FL 33411

Dianna George
6126 Park Lane W.
Lake Worth, FL 33449

Sofiye Williams, Esq.
Sofiye Williams, PA
50 E. Broward Blvd., Ste. 1710
Fort Lauderdale, FL 33394
sofiye@comcast.net
williamslawfl@gmail.com
Attorney for Christopher George, George A. Maler and Jeri L. Maler

Respectfully submitted,

By: /s/ Ryan M. Aboud, Esq.
Ryan M. Aboud, Esq.
FBN 27366
Backer Aboud Poliakoff & Foelster, LLP
400 S. Dixie Highway, Suite 420
Boca Raton FL 33432
Tel. (561) 361-8535
Email: RAboud@BAPFLaw.com
Counsel for Plaintiff,
TALAVERA ASSOCIATION, INC.