UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

TALAVERA ASSOCIATION, INC.,

     Petitioner,                                Case No. 9:22-cv-80145
                                        State Case No. 502021CA004149XXXXMB

v.

ROBERT GIBSON, et al.,

     Respondents.

_____/

## NOTICE OF NON-REPRESENTATION

COMES NOW Jeffrey M. Siskind ("Siskind") and files this Notice of Non-Representation of Defendant Robert Gibson and states:

1.     Siskind was just made aware by means of a paper filed by Defendant Robert Gibson ("Gibson") in the removed state court case that the record in this case indicates that Siskind represents Gibson.

2.     Siskind does not represent Gibson and the association of Siskind as counsel for Gibson was made (if by Siskind during his filing of the case) in error.

3.     Any representation of Gibson by Siskind would amount to an unresolvable conflict because Siskind represents other parties against Gibson in a state title theft case.

4.     The Clerk is requested to correct the record to indicate that Gibson is pro se.

WHEREFORE, the Court is advised accordingly.

**SISKIND LEGAL, PLLC**
ATTORNEYS & CONSULTANTS

_____/s/ Jeffrey M. Siskind_____
Jeffrey M. Siskind, Esq.  FBN 138746
3465 Santa Barbara Drive  Wellington, Florida  33414
Telephone  (561) 791-9565  Facsimile  (561) 791-9581
Email:  jeffsiskind@msn.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing Notice was served upon all parties therein including Ryan Aboud, Robert Gibson and Sofiye Williams, via e-mail to raboud @bapflaw.com, intelexigent @gmail.com and sofiye@comcast.net, respectively via email on February 1, 2022.

_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Esq.   FBN 13874