UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

TALAVERA ASSOCIATION, INC.,

    Petitioner,                                       Case No. 9:22-cv-80145
                                                            State Case No. 502021CA004149XXXXMB

v.

ROBERT GIBSON, et al.,

    Respondents.

_____/

## NOTICE OF NAMING ADDITIONAL DEFENDANTS

COMES NOW Jeffrey M. Siskind, Defendant in the removed state court case, and files this Notice of Naming Additional Defendants, and states that the following defendants are parties to the removed state court action but do not have a stake in the Rule to Show Cause which is the basis for removal:

    a.      Sovereign Gaming & Entertainment, LLC

    b.      George A. Maler

    c.      Jeri L. Maler

    d.      Siskind Legal Services, LLC

    e.      Judith Siskind

Respectfully submitted this 14th day of February, 2022.

**SISKIND LEGAL, PLLC**
ATTORNEYS & CONSULTANTS

          /s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW   Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE  (561) 791-9565  FACSIMILE  (561) 791-9581
Email:  jeffsiskind@msn.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice was served by CM/ECF upon Ryan Aboud, and to Ryan Aboud, Robert Gibson and Sofiye Williams, Esq. (counsel for George and Jeri Maler), via e-mail to raboud @bapflaw.com, intelexigent @gmail.com and sofiye@comcast.net, respectively on February 14, 2022, on which date service was also made upon Barry Gruher, Esq. (counsel for Sovereign Gaming & Entertainment, LLC) via email to bgruher@jgb-law.com.  The undersigned represents Siskind Legal, LLC and Judith Siskind.

                                              _____*/s/ Jeffrey M. Siskind*_____
                                              Jeffrey M. Siskind, Esq.   FBN 13874