UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

TALAVERA ASSOCIATION, INC.,

    Petitioner,                                       Case No. 9:22-cv-80145
                                                           State Case No. 502021CA004149XXXXMB

v.

ROBERT GIBSON, et al.,

    Respondents.
_____/

## NOTICE OF FILING ADVERSE ACTION

TO:    The Honorable John S. Kastrenakes
          Palm Beach County Courthouse
          205 N. Dixie Highway, Room 9.1216
          West Palm Beach, Florida  33401

       COMES NOW Jeffrey M. Siskind and files this Notice of Filing Adverse Action, and respectfully states:

       1.      On January 28, 2022, the undersigned filed a Notice of Removal ("Notice") of the above styled state court action to U.S. District Court for the Southern District of Florida. A copy of the Notice was sent to your Chambers via email to cad-divisionAF@pbcgov.org.

       2.      On February 1, 2022, the undersigned filed an Amended Notice of Removal ("Amendment"), a copy of which was served upon you by private process server who registered the Amendment at the front desk of the Palm Beach County Courthouse and deposited said Amendment in the drop box located in the Courthouse lobby. A copy of the Amendment was also sent to your Chambers via email to cad-divisionAF@pbcgov.org.

       3.      At the February 2, 2022 rescheduled hearing on your Rule to Show Cause which did not go forward because you recognized that the case had been removed to federal court, you indicated that you had received a copy of the removal just one day earlier.

4.	This Notice of Filing Adverse Action is filed to provide notice to you that the Notice of Removal and the Amendment contain allegations made by the undersigned against you, and that you may consider responding to said allegaations.

WHEREFORE, the undersigned files this Notice of Filing Adverse Action for the purposes stated herein.

Respectfully submitted this 14th day of February, 2022.

**SISKIND LEGAL, PLLC**
ATTORNEYS & CONSULTANTS

_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Esq.   FBN 138746

1629 K Street, Ste. 300, NW   Washington, DC  20006
113 N. Monroe Street, 1st Floor   Tallassee, Florida  32301
3465 Santa Barbara Drive   Wellington, Florida  33414

TELEPHONE  (561) 791-9565
FACSIMILE   (561) 791-9581
Email:  jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice was served upon Ryan Aboud, Robert Gibson and Sofiye Williams, via e-mail to raboud @bapflaw.com, intelexigent @gmail.com and sofiye@comcast.net, respectively, and to the Honorable John S. Kastrenakes via U.S. Mail to the address set forth above and email at cad-divisionAF@pbcgov.org on February 14, 2022.

_/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Esq.   FBN 13874